ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2018 APR 18 PM 3:36
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR18- 656TUC
JGZ(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Michael Justin Huynh,<br>(Counts 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 24, 25, 26, 28, 29, 30, Forfeiture)<br><br>Katie Ellen O'Brien,<br>(Counts 1, 10, 15, 22, 23, 25, 27, Forfeiture)<br><br>   Defendants. | **INDICTMENT**<br>Violations:<br><br>18 USC § 554(a); 22 USC § 2778; 22 CFR §§ 121.1 and 123.1<br>(Smuggling Goods From the United States)<br>Count 25<br><br>18 U.S.C. §§ 922(a)(1)(A) & 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms Without a License)<br>Count 24<br><br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(False Statement During Purchase of Firearm)<br>Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20<br><br>18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>(Possession of Firearm and Ammunition by Controlled Substance User/Addict)<br>Counts 26, 27<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Record of Federal Firearms Licensee)<br>Count 1<br><br>18 U.S.C. § 1001(a)(2)<br>(False Statements)<br>Counts 21, 22, 23<br><br>18 USC § 1703<br>(Delay or Destruction of Mail)<br>Count 28 |

18 USC § 1708
(Possession of Stolen Mail)
Count 30

18 U.S.C. § 1709
(Theft of Mail by Officer or Employee)
Count 29

Forfeiture Allegation
18 U.S.C. §§ 924(d)(1), 981(a)(1)(c), 982(a)(3); and 28 U.S.C. § 2461(c)

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about February 16, 2017, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN knowingly made a false statement and representation to Murphy's Guns & Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Murphy's Guns & Gunsmithing; in that KATIE ELLEN O'BRIEN, in connection with the purchase of a firearm, that is; one CZ, model 75B, .40 caliber semi-automatic pistol, serial number A9639X; stated that her address was 3136 East Macenroe Lane, Tucson, Arizona, when this was not in fact her address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

On or about June 6, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Zastava, model PAP M92PV, 7.62x39mm AK-type rifle, serial number M92PV067491; from Climags, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Climags, which statement was intended to deceive Climags as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

On or about June 8, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071754; from Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Murphy's Guns & Gunsmithing, which statement was intended to deceive Murphy's Guns & Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about July 10, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47075509; from Diamondback Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE

On or about July 14, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model WASR 10, 7.62x39mm AK-type rifle, serial number AC-0324-80RO; from

Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Murphy's Guns & Gunsmithing, which statement was intended to deceive Murphy's Guns & Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX

On or about August 12, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number A1-53080-16; from Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Murphy's Guns & Gunsmithing, which statement was intended to deceive Murphy's Guns & Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVEN

On or about September 1, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47073360; from Climags, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Climags, which statement was intended to deceive Climags as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44,

Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHT

On or about September 25, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model 63DS, 7.62x39mm AK-type rifle, serial number AK63DSF04692; from R&A Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, which statement was intended to deceive R&A Tactical as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINE

On or about September 29, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39mm AK-type pistol, serial number RAS47P001391; from Diamondback Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TEN

On or about October 3, 2017, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39 mm AK-type pistol, serial number RAS47P001850; from Diamondback Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale of said firearm to KATIE ELLEN O'BRIEN under Chapter 44, Title 18, United States Code; in that KATIE ELLEN O'BRIEN stated that she was the actual transferee/buyer of said firearm when in fact she was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT ELEVEN

On or about October 24, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model AK63DS, 7.62x39mm AK-type rifle, serial number AK63DSF05324; from R&A Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, which statement was intended to deceive R&A Tactical as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWELVE

On or about October 24, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47072151;

from Diamondback Shooting Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Diamondback Shooting Sports, which statement was intended to deceive Diamondback Shooting Sports as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THIRTEEN

On or about October 27, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model M70AB2, 7.62x39mm AK-type rifle, serial number M70AB17758; from Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Murphy's Guns & Gunsmithing, which statement was intended to deceive Murphy's Guns & Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOURTEEN

On or about November 2, 2017, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Romarm Cugir, model GP WASR 10/63, 7.62x39mm semi-automatic rifle, serial number AR71291989; from USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to USA Pawn & Jewelry, which statement was intended to deceive USA Pawn & Jewelry as to a fact material to the lawfulness of such sale of said firearm to

MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIFTEEN

On or about November 28, 2017, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN, in connection with the acquisition of a firearm, that is; one Colt, model LE6920, 5.56mm AR15-type rifle, serial number LE511818; from R&A Tactical, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, which statement was intended to deceive R&A Tactical as to a fact material to the lawfulness of such sale of said firearm to KATIE ELLEN O'BRIEN under Chapter 44, Title 18, United States Code; in that KATIE ELLEN O'BRIEN stated that she was the actual transferee/buyer of said firearm when in fact she was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIXTEEN

On or about January 12, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071459; from Murphy's Guns & Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Murphy's Guns & Gunsmithing, which statement was intended to deceive Murphy's Guns & Gunsmithing as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVENTEEN

On or about January 15, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000363R; from Sportsman's Warehouse, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse, which statement was intended to deceive Sportsman's Warehouse as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHTEEN

On or about January 21, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number 1-55590-03; from USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to USA Pawn & Jewelry, which statement was intended to deceive USA Pawn & Jewelry as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINETEEN

On or about January 23, 2018, at or near Phoenix, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000003R;

from Sportsman's Warehouse, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse, which statement was intended to deceive Sportsman's Warehouse as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWENTY

On or about January 27, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, in connection with the acquisition of a firearm, that is; one TNW, model HBM2, .50 caliber semi-automatic belt-fed, tripod mounted firearm, serial number 000321; from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of said firearm to MICHAEL JUSTIN HUYNH under Chapter 44, Title 18, United States Code; in that MICHAEL JUSTIN HUYNH stated that he was the actual transferee/buyer of said firearm when in fact he was purchasing it on behalf of someone else; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWENTY-ONE

On or about January 31, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH knowingly and willfully made any materially false, fictitious, and fraudulent statement and misrepresentation in any matter within the jurisdiction of the Government of the United States; to wit, in the course of an investigation by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, MICHAEL JUSTIN HUYNH stated to law enforcement agents that the firearm he had purchased on January 27, 2018 – a TNW, model HBM2, .50 caliber semi-automatic

belt-fed, tripod mounted firearm, serial number 000321 – was located at his father's residence in Sahuarita, Arizona, when in fact MICHAEL JUSTIN HUYNH did provide the firearm to another individual after he had purchased it, with the knowledge that the firearm was intended to be smuggled from the United States into Mexico; in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWENTY-TWO

On or about January 31, 2018, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN knowingly and willfully made any materially false, fictitious, and fraudulent statement and misrepresentation in any matter within the jurisdiction of the Government of the United States; to wit, in the course of an investigation by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, KATIE ELLEN O'BRIEN stated she was unaware of any purchases of .50 caliber firearms by Michael Justin Huynh, when in fact KATIE ELLEN O'BRIEN was present with Michael Justin Huynh when he purchased a Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000363R; from Sportsman's Warehouse on January 15, 2018; in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWENTY-THREE

On or about February 8, 2018, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN knowingly and willfully made any materially false, fictitious, and fraudulent statement and misrepresentation in any matter within the jurisdiction of the Government of the United States; to wit, in the course of an investigation by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, KATIE ELLEN O'BRIEN stated that on December 5, 2017, she sold the firearms she had purchased on October 3, 2017, and November 28, 2017, for $700.00 to a man she met on a bus, when in fact KATIE ELLEN O'BRIEN purchased these firearms on behalf of another individual and transferred possession of the firearms upon purchasing them; in violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT TWENTY-FOUR

From on or about June 6, 2017, to on or about January 27, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWENTY-FIVE

From on or about June 6, 2017, to on or about January 27, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH and KATIE ELLEN O'BRIEN knowingly exported and sent, and attempted to export and send, from the United States any merchandise, article, and object contrary to any law and regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:

- Zastava, model PAP M92PV, 7.62x39mm AK-type rifle, serial number M92PV067491
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071754
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47075509
- Century Arms, model WASR 10, 7.62x39mm AK-type rifle, serial number AC-0324-80RO
- Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number A1-53080-16
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47073360
- Century Arms, model 63DS, 7.62x39mm AK-type rifle, serial number AK63DSF04692
- Century Arms, model RAS 47, 7.62x39mm AK-type pistol, serial number RAS47P001391
- Century Arms, model RAS 47, 7.62x39 mm AK-type pistol, serial number RAS47P001850
- Century Arms, model AK63DS, 7.62x39mm AK-type rifle, serial number AK63DSF05324
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47072151
- Century Arms, model M70AB2, 7.62x39mm AK-type rifle, serial number M70AB17758
- Romarm Cugir, model GP WASR 10/63, 7.62x39mm semi-automatic rifle, serial number AR71291989
- Colt, model LE6920, 5.56mm AR15-type rifle, serial number LE511818
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071459

*United States of America v. Michael Justin Huynh, et al*
*Indictment Page 12 of 17*

- Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000363R
- Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number 1-55590-03
- Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000003R
- TNW, model HBM2, .50 caliber semi-automatic belt-fed, tripod mounted firearm, serial number 000321

knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section 554(a).

### COUNT TWENTY-SIX

On or about March 15, 2018, at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, an unlawful user of and addicted to any controlled substance, to wit: heroin, did knowingly possess a firearm and ammunition, to wit: one CZ, model CZ 75 B (Omega), 9mm semi-automatic pistol, serial number C381166; 195 rounds of Winchester 9mm Luger ammunition, 40 rounds of Pan Metal Corporation 9mm Luger ammunition, 3 rounds of Hornady Manufacturing Inc. 9mm Luger ammunition, 40 rounds of Tula Cartridge Works 9mm ammunition, 20 rounds of .40 caliber Winchester ammunition, 1 round of Federal .223 caliber ammunition, 1 round of Pan Metal Corporation .223 caliber ammunition, 1 round of Giulio Fiocchi 9mm ammunition, 50 rounds of FN Herstal 5.7x28mm ammunition, 20 rounds of Winchester 7.62x54R ammunition, 170 rounds of Novosibirsk Low Voltage Equipment 7.62x54R ammunition, and 19 rounds of Privi Partizan Uzice 7.62x54R ammunition; said firearm and ammunition not having been manufactured in Arizona and thus affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(3), and 924(a)(1)(D).

### COUNT TWENTY-SEVEN

On or about March 15, 2018, at or near Tucson, in the District of Arizona, KATIE ELLEN O'BRIEN, an unlawful user of and addicted to any controlled substance, to wit: heroin, did knowingly possess firearms and ammunition, to wit: one CZ, model CZ 75 B,

.40 caliber semi-automatic pistol, serial number A9639X; one Smith & Wesson, model M&P 9 Shield, 9mm semi-automatic pistol, serial number HDB5908; 7 rounds of Hornady Manufacturing Inc. 9mm Luger ammunition, 175 rounds of Winchester 9mm Luger ammunition, 30 rounds of Pan Metal Corporation 9mm Luger ammunition, 40 rounds of Tula Cartridge Works 9mm ammunition, 20 rounds of .40 caliber Winchester ammunition, 1 round of Federal .223 caliber ammunition, 1 round of Pan Metal Corporation .223 caliber ammunition, 1 round of Giulio Fiocchi 9mm ammunition, 50 rounds of FN Herstal 5.7x28mm ammunition, 20 rounds of Winchester 7.62x54R ammunition, 170 rounds of Novosibirsk Low Voltage Equipment 7.62x54R ammunition, and 19 rounds of Privi Partizan Uzice 7.62x54R ammunition; said firearms and ammunition not having been manufactured in Arizona and thus affecting commerce in that they were previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(3), and 924(a)(1)(D).

## COUNT TWENTY-EIGHT

From on or about January 7, 2017, through on or about March 17, 2017, at or near Oro Valley and Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, at that time being a United States Postal Service officer or employee, did unlawfully secrete, destroy, detain, delay, and open mail entrusted to him and which came into his possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service; in violation of Title 18, United States Code, Section 1703.

## COUNT TWENTY-NINE

From on or about January 28, 2017, through on or about March 17, 2017, at or near Oro Valley and Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH, at that time being a United States Postal Service officer or employee, did embezzle, steal, abstract, and remove mail entrusted to him and which came into his possession intended to be conveyed by mail and carried and delivered by any employee of the Postal Service and

forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service; in violation of Title 18, United States Code, Section 1709.

## COUNT THIRTY

On or about March 15, 2018 at or near Tucson, in the District of Arizona, MICHAEL JUSTIN HUYNH did unlawfully have in his possession mail which had been stolen, taken, embezzled, and abstracted from and out of the mail, post office and station thereof, letter box, mail receptacle, mail route, and authorized depository for mail matter, knowing the said mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter; in violation of Title 18, United States Code, Section 1708.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 20 and 24 through 27 of this Indictment, the defendants, MICHAEL JUSTIN HUYNH and KATIE ELLEN O'BRIEN, shall forfeit to the United States:

a) pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 924(a)(1)(A).

b) pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 554, or a conspiracy to commit such offense.

c) pursuant to Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(c), and Title 28, United States Code, Section 2461(c) any firearms and ammunition involved in the commission of an offense in violation of Title 18, United States Code, Sections 922 and 924 including, but not limited to:

- CZ, model CZ 75 B, .40 caliber semi-automatic pistol, serial number A9639X
- Zastava, model PAP M92PV, 7.62x39mm AK-type rifle, serial number M92PV067491

- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071754
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47075509
- Century Arms, model WASR 10, 7.62x39mm AK-type rifle, serial number AC-0324-80RO
- Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number A1-53080-16
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47073360
- Century Arms, model 63DS, 7.62x39mm AK-type rifle, serial number AK63DSF04692
- Century Arms, model RAS 47, 7.62x39mm AK-type pistol, serial number RAS47P001391
- Century Arms, model RAS 47, 7.62x39 mm AK-type pistol, serial number RAS47P001850
- Century Arms, model AK63DS, 7.62x39mm AK-type rifle, serial number AK63DSF05324
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47072151
- Century Arms, model M70AB2, 7.62x39mm AK-type rifle, serial number M70AB17758
- Romarm Cugir, model GP WASR 10/63, 7.62x39mm semi-automatic rifle, serial number AR71291989
- Colt, model LE6920, 5.56mm AR15-type rifle, serial number LE511818
- Century Arms, model RAS 47, 7.62x39mm AK-type rifle, serial number RAS47071459
- Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000363R
- Romarm, model WASR 10, 7.62x39mm AK-type rifle, serial number 1-55590-03
- Bushmaster, model BA50, .50 caliber semi-automatic rifle, serial number SD000003R
- TNW, model HBM2, .50 caliber semi-automatic belt-fed, tripod mounted firearm, serial number 000321
- CZ, model CZ 75 B, 9mm semi-automatic pistol, serial number C381166
- Smith & Wesson, model M&P 9 Shield, 9mm semi-automatic pistol, serial number HDB5908
- 195 rounds of Winchester 9mm Luger ammunition
- 40 rounds of Pan Metal Corporation 9mm Luger ammunition
- 10 rounds of Hornady Manufacturing Inc. 9mm Luger ammunition
- 40 rounds of Tula Cartridge Works 9mm ammunition
- 20 rounds of .40 caliber Winchester ammunition
- 1 round of Federal .223 caliber ammunition
- 1 round of Pan Metal Corporation .223 caliber ammunition
- 1 round of Giulio Fiocchi 9mm ammunition
- 50 rounds of FN Herstal 5.7x28mm ammunition
- 20 rounds of Winchester 7.62x54R ammunition
- 170 rounds of Novosibirsk Low Voltage Equipment 7.62x54R ammunition
- 19 rounds of Privi Partizan Uzice 7.62x54R ammunition

   d)  pursuant to Title 18, United States Code, Section 982(a)(3), any property, real or personal, or any property traceable to such property, involved in the commission of an offense in violation of Title 18, United States Code, Section 1001(a)(2).

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Sections 924(d), 981(a)(1)(c), and 982(a)(3); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/

ANGELA W. WOOLRIDGE
Assistant United States Attorney
Dated: April 18, 2018

REDACTED FOR
PUBLIC DISCLOSURE